Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No.  1:16-cv-00694-LJO-SKO |
| Plaintiff, | **PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| LAHKWINDER SINGH LAKHA, Trustee of the 2015 LAKHA-KAUR FAMILY TRUST, *et al*.; | |
| Defendants. | |

**WHEREAS**, a scheduling conference is set in this matter for August 18, 2016;

**WHEREAS**, a clerk's default was entered on August 5, 2016 against each of the defendants in this action, Lakhwinder Singh Lakha, Trustee of the 2015 Lakha-Kaur Family Trust; Manjit Kaur, Trustee of the 2015 Lakha-Kaur Family Trust; and Robin Ali dba Shop N Save (collectively "Defendants") (Dkt. 9 through 11);

**WHEREAS**, Plaintiff, Jose Trujillo ("Plaintiff") and Defendants have been engaging in settlement discussions, and thus Plaintiff requests additional time to determine if a settlement

can be reached, if Defendants wish to set aside the default, or to file a motion for default judgment.

**NOW, THEREFORE**, Plaintiff hereby respectfully requests that the scheduling conference presently set for August 18, 2016 be continued to a date after October 18, 2016 at the Court's convenience.

Dated: August 10, 2016                                          MOORE LAW FIRM, P.C.


                                                                */s/ Tanya E. Moore*
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff
                                                                Jose Trujillo

## ORDER

No appearance having been made by the defendants, the Court grants Plaintiff Jose Trujillo's request to continue the Scheduling Conference (Doc. 12).

IT IS HEREBY ORDERED that the Scheduling Conference currently set for August 18, 2016 in this matter is **CONTINUED to October 20, 2016 at 10:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties shall file their joint scheduling report by no later than October 13, 2016.

IT IS SO ORDERED.

Dated:   **August 11, 2016**                                 /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE